

1  DAVID A. STEINBERG (130593)
      das@msk.com
2  EMILY F. EVITT (261491)
      efe@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, CA  90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendants
   Chad Kroeger, Mike Kroeger, Ryan Peake,
7  Daniel Adair, Joey Moi, Warner Music Group
   Corp., Atlantic Recording Corporation,
8  Roadrunner Records Inc., Warner/Chappell
   Music, Inc.

9

10                  UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12              WESTERN DIVISION - SPRING STREET

13  STEVEN LAFASHIA; MICHAEL          CASE NO. CV11-10799-DDP (PLAx)
    LEAVY,
14                                    The Honorable Dean D. Pregerson
                 Plaintiffs,
15        v.                          **STIPULATION OF VOLUNTARY**
16  CHAD KROEGER, MIKE KROEGER,       **DISMISSAL WITH PREJUDICE**
    RYAN PEAKE and DANIEL ADAIR,      **(FRCP 41(a)(1)(A)(ii))**
17  professionally known as "Nickleback";
    JOEY MOI, an individual; ROBERT J.
18  LANGE, an individual; WARNER
    MUSIC GROUP, a Delaware
19  corporation; ATLANTIC
    RECORDING GROUP, a Delaware
20  corporation; ROADRUNNER
    RECORDS, INC., a New York
21  corporation; and
    WARNER/CHAPPELL MUSIC, INC.,
22  a Delaware corporation,
23              Defendants.
24
25
26
27
28

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Steven Lafashia and Michael Leavy and Defendants Chad Kroeger, Mike Kroeger, Ryan Peake, Daniel Adair, Joey Moi, Warner Music Group Corp., Atlantic Recording Corporation, Roadrunner Records Inc., and Warner/Chappell Music, Inc. (collectively, the "Parties") submit this stipulation of voluntary dismissal with prejudice.

The Parties stipulate to dismiss all claims in the above-captioned action, in their entirety, with prejudice.  The Parties further stipulate that each Party shall bear its own costs and attorneys' fees.

SO STIPULATED.

Dated: March 29, 2013                 LAW OFFICES OF KYLE P, KELLEY


By: _____
Kyle P. Kelley
Attorney for Plaintiffs
Steven LaFashia and Michael Leavy


Dated: 4/17/13                        DAVID A. STEINBERG
                                      EMILY F. EVITT
                                      MITCHELL SILBERBERG & KNUPP LLP


By: _____
David A. Steinberg
Attorneys for Defendants
Chad Kroeger, Mike Kroeger, Ryan Peake,
Daniel Adair, Joey Moi, Warner Music
Group Corp., Atlantic Recording
Corporation, Roadrunner Records Inc.,
Warner/Chappell Music, Inc.

Mitchell
Silberberg &
Knupp LLP

5227353.1

1

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))